No. 86–1225. KRAUSE v. KIM ET AL. Ct. App. Minn. Certiorari denied.

No. 86–1227. BAVISOTTO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 86–1228. MORALES v. MACK TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 86–1230. HODGES ET AL. v. EVISEA MARITIME CO., S. A. C. A. 4th Cir. Certiorari denied.

No. 86–1231. McCOURT v. McCOURT ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 86–1233. KUNTZ v. WINTERS NATIONAL BANK & TRUST CO. ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 86–1237. BAY AREA RAPID TRANSIT SYSTEM v. PAPERLESS ACCOUNTING, INC. C. A. Fed. Cir. Certiorari denied.

No. 86–1243. GOLDEN v. GOLDEN. Ct. App. Ariz. Certiorari denied.

No. 86–1245. HUGHES v. LOUISIANA STATE BOARD OF DENTISTRY. Ct. App. La., 4th Cir. Certiorari denied.

No. 86–1246. OLD ORCHARD BRANDS, INC., ET AL. v. MICHIGAN DEPARTMENT OF AGRICULTURE ET AL. Ct. App. Mich. Certiorari denied.

No. 86–1250. TERRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–1251. ASSOCIATED FILM DISTRIBUTION CORP. ET AL. v. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1253. FLEMING v. GRIEVANCE COMMITTEE COUNCIL OF COLORADO. Sup. Ct. Colo. Certiorari denied.